UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE G. CHAVEZ,<br><br>        Petitioner,<br><br>    v.<br><br>STEPHEE SMITH,<br><br>        Respondent. | Case No. 25-cv-04111-TLT<br><br>**ORDER OF DISMISSAL; DENYING CERTIFICATE OF APPEALABILITY** |

Enrique Chavez, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. Section 2254. His motion for leave to proceed *in forma pauperis*, Dkt. No. 6, is granted. Chavez raises only one claim: that restitution was imposed on him in violation of California law in light of his sentence of life without parole. A claim based only in state law is not a cognizable claim in federal habeas. *See Swarthout v. Cooke*, 562 U.S. 216, 219 (2011). The claim also appears to be untimely and not exhausted in the California courts.

A certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c). This is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

This order terminates Docket No. 6. The Clerk shall enter judgment for the respondent and close the file.

**IT IS SO ORDERED.**

Dated: September 26, 2025

_____
TRINA L. THOMPSON
United States District Judge